**David M. Marco**
Admitted *Pro Hac Vice*
**Larry P. Smith &Associates, Ltd.**
**205 North Michigan Avenue**
**40th Floor**
**Chicago Illinois 60601**
**(312) 222-9028 (x812)**
*dmarco@smithlaw.us*
**Attorney No. 6273315**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAMS, ) | Case No. 3:09-CV-00321-JLS-JMA |
| Plaintiff, ) | |
| vs. ) | **Stipulation to Dismiss Pursuant to Settlement** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

| For Plaintiff, James Williams | For Defendant, Experian Information Solutions, Inc. |
|---|---|
| s/ David M. Marco | s/ Katherine B. Lee |
| Larry P. Smith & Associates, Ltd. | Jones Day |